
**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. **07 C 7058** |
| BÖLLHOFF GMBH, a German Corporation, | ) ) ) | Judge: **JUDGE LEINENWEBER MAGISTRATE JUDGE COX** |
| Defendant. | ) ) ) ) ) | |

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff Woco Motor Acoustic Systems, Inc., a Michigan Corporation ("Woco"), by and through its attorneys and for its Complaint for Declaratory Judgment against Böllhoff GmbH, a German corporation ("Böllhoff"), alleges as follows:

### NATURE OF THE ACTION

This action seeks a declaratory judgment, pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, that Woco's product, known as a "Cover Support Assist," that is used, made, sold, offered for sale and/or imported into the United States does not infringe U.S. Patent No. 6,206,604.

### PARTIES

1. Plaintiff Woco is a Michigan corporation with its principal place of business in Warren, Michigan.

2. Upon information and belief, Defendant Böllhoff is an alien corporation organized and existing under the laws of Germany with its principal place of business in Bielefeld, Germany. On information and belief, Böllhoff is the owner, by assignment, of all rights, title and interest in and to U.S. Patent No. 6,206,604, issued on March 21, 2001 (the "'604 Patent"), and attached hereto as Exhibit A.

## JURISDICTION

3. This Court has jurisdiction over this matter, pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, in that this is an action seeking a declaratory judgment with respect to allegations of patent infringement asserted by Böllhoff under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. In addition, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) in that this is an action arising under the United States Patent Act.

4. This Court has personal jurisdiction over Böllhoff pursuant to Federal Rule of Civil Procedure 4(k)(2), in that exercise of personal jurisdiction is consistent with the Constitution and the laws of the United States and Böllhoff is an alien corporation which is not subject to the jurisdiction of the courts of general jurisdiction of any state, but on information and belief, has consistent contacts with the United States as a whole. This Court also has *in rem* jurisdiction over this action in that it involves a United States Letters Patent, which was issued pursuant to the United States Patent Act, 35 U.S.C. §101, *et seq*.

## VENUE

5. Venue is proper in this judicial district under 28 U.S.C. § 1391(d) in that Böllhoff is an alien corporation.

## GENERAL ALLEGATIONS

6. Woco is a component manufacturer in the field of vibration technologies and acoustic solutions as well as in seals and gaskets for automotive applications. Woco has designed a flexible joint element called a "Cover Support Assist" that connects automobile components while reducing their vibration.

7. On December 11, 2007, counsel for Woco received a letter from counsel for Böllhoff stating that Woco's Cover Support Assist (which Böllhoff refers to as an "insert member") constitutes a component of Böllhoff's inventions. Böllhoff's letter expressly asserts that "Woco's insert member is covered by claims of the '604 Patent", and alleges that "Woco's acts of making, having made, selling, having sold, offering to sell, having offered to sell, and importing and/or having imported … the insert member" constitute contributory patent infringement and infringement by the inducement of others. The letter demanded that Woco "discontinue making, using, selling, offering to sell, and/or importing the aforementioned insert member" and "recall all such insert members from customers, retailers and distributors."

8. As a result of such allegations, Böllhoff has raised a justiciable controversy between Böllhoff and Woco concerning the infringement of the '604 Patent.

## COUNT I
## DECLARATION OF NON-INFRINGEMENT

9. Woco incorporates by reference paragraphs 1 through 8 above as though fully set forth herein.

10. A product made with Woco's Cover Support Assist does not infringe any claim of the '604 Patent.

11. Woco's Cover Support Assists made, used, sold, offered for sale, and/or imported into the United States do not infringe any claims of the '604 Patent.

12. Woco is not liable for directly infringing, contributorily infringing, or actively inducing others to infringe any valid claim of the '604 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Woco respectfully requests that this Court enter a judgment:

a. declaring that a product made with Woco's Cover Support Assist does not infringe any claim of the '604 Patent under 35 U.S.C. § 271;

b. declaring that Woco's Cover Support Assists made, used, sold, offered for sale, and/or imported into the United States do not infringe any claims of the '604 Patent under 35 U.S.C. § 271;

c. declaring that Woco is not liable for directly infringing, contributorily infringing, or actively inducing others to infringe any valid claim of the '604 Patent under 35 U.S.C. § 271;

d. ordering Böllhoff to pay Woco's attorneys' fees, costs and expenses in this action; and

e. awarding Woco any other relief that this Court deems just and proper.

Dated: December 14, 2007

Respectfully submitted,

By: _____/s/ Brian D. Roche_____
Brian D. Roche
Jennifer Yule DePriest
Alfred E. Hanna
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

Attorneys For Declaratory Judgment Plaintiff
WOCO MOTOR ACOUSTIC SYSTEMS, INC.