**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC.,   a Michigan Corporation,     Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case No. |
| BÖLLHOFF GMBH,   a German Corporation,     Defendant. | ) ) ) ) | |

**07 C 7058**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

## DISCLOSURE STATEMENT

Plaintiff, Woco Motor Acoustic Systems, Inc.,("Plaintiff"), by and through its undersigned counsel of record, hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states that Woco Motor Acoustic Systems, Inc. is a privately-held Michigan corporation, and that there is no publicly held corporation that owns 10% or more of Woco Motor Acoustic Systems, Inc.'s stock.

Dated: December 14, 2007

                                          Respectfully Submitted,

                                        WOCO MOTOR ACOUSTIC SYSTEMS, INC.

                                        By:_____/s/ Brian D. Roche_____
                                                      One of Its Attorneys

Brian D. Roche
Jennifer Yule DePriest
Alfred E. Hanna
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
*Attorneys for Plaintiff*

CHILIB-2127221.1