## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan Corporation, | Case No. 07 C 7058 |
| Plaintiff/Counter-Defendant, | Judge Leinenweber |
| v. | Magistrate Judge Cox |
| BÖLLHOFF GMBH, a German Corporation, | |
| Defendant/Counter-Plaintiff. | **JURY DEMANDED** |

## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

The undersigned, counsel of record for Defendant/Counter-Plaintiff, Böllhoff GmbH, furnishes the following in compliance with Fed. R. Civ. P. 7.1 and L.R. 3.2:

1. The full name of every party or amicus the attorney represents in the case.

    **Answer:     Böllhoff GmbH (a German corporation)**

2. If such party or amicus is a corporation:

    a) its parent corporation, if any; and

    **Answer:  Wilhelm Böllhoff GmbH & Co. KG (a German corporation)**

    b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

    **Answer:  None**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

    **Answer:**     Seyfarth Shaw LLP

- 2 -

Dated:  December 21, 2007             Respectfully submitted,

                                      BÖLLHOFF GMBH


                                      By   s/ Joseph R. Lanser
                                              One of Its Attorneys

Attorneys for Defendant/Counter-Plaintiff
Böllhoff GmbH:

Joseph R. Lanser
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
e-mail:  jlanser@seyfarth.com

CH1 11378485.1

- 3 -

**CERTIFICATE OF SERVICE**

      I, Joseph R. Lanser, an attorney, certify that I caused the foregoing *DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES* to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on this 21st day of December, 2007.

                                           s/ Joseph R. Lanser
                                           Joseph R. Lanser
                                           SEYFARTH SHAW LLP
                                           131 South Dearborn Street, Suite 2400
                                           Chicago, Illinois  60603
                                           Telephone:  (312) 460-5000
                                           Facsimile:  (312) 460-7000
                                           e-mail:  jlanser@seyfarth.com