IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan Corporation, | Case No. 07 C 7058 |
| Plaintiff/Counter-Defendant, | Judge Leinenweber |
| v. | Magistrate Judge Cox |
| BÖLLHOFF GMBH, a German Corporation, | |
| Defendant/Counter-Plaintiff. | **JURY DEMANDED** |

## NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

Defendant/Counter-Plaintiff, Böllhoff GmbH, furnishes the following in compliance with Local Rule 3.4 of this Court:

**I.    Names and addresses of parties:**

Plaintiff/Counter-Defendant:

> Woco Motor Acoustic Systems, Inc.
> 23031 Sherwood Avenue
> Warren, Michigan

Defendant/Counter-Plaintiff:

> Böllhoff GmbH
> Archimedesstraße 1-4, 33649
> Bielefeld, Germany

**II.   Numbers of the patents upon which this action has been brought:**

U.S. Patent No. 6,206,604

**III.  Names of the inventors:**

1.   Dembowsky, Hans-Joachim (Hamburg, DE)

2.   Fangmann, Herbert (Lohne, DE)

- 2 -

3.	Hauck, Peter (Sesslach, DE); and

4.	Sussenbach, Rainer (Steinhagen, DE)


Dated:  December 21, 2007					Respectfully submitted,

							BÖLLHOFF GMBH


							By   s/ Joseph R. Lanser
								One of Its Attorneys

Attorneys for Defendant/Counter-Plaintiff Böllhoff GmbH:

Alan L. Unikel
Joseph R. Lanser
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
e-mail:  jlanser@seyfarth.com

- 3 -

## CERTIFICATE OF SERVICE

I, Joseph R. Lanser, an attorney, certify that I caused the foregoing *NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS* to be filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on this 21st day of December, 2007.

                                             s/ Joseph R. Lanser
                                             Joseph R. Lanser
                                             SEYFARTH SHAW LLP
                                             131 South Dearborn Street, Suite 2400
                                             Chicago, Illinois 60603
                                             Telephone: (312) 460-5000
                                             Facsimile: (312) 460-7000
                                             e-mail: jlanser@seyfarth.com

CH1 11381205.1