## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2008, a copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS** was filed electronically.  Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system [or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing]. Parties may access the filing through the Court's system.

       Joseph R. Lanser
       SEYFARTH SHAW LLP
       131 South Dearborn- Suite 2400
       Chicago, Illinois 60603-5577

                                 */s/ Alfred E. Hanna*
                      Brian D. Roche (Bar No. 6183795)
                      Jennifer Yule DePriest (Bar No. 6272137)
                      Alfred E. Hanna (6283040)
                      REED SMITH LLP
                      10 South Wacker Drive, 40th Floor
                      Chicago, IL 60606-7507
                      (312) 207-1000
                      (312) 207-6400 – FAX
                      *ahanna@reedsmith.com*