IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BÖLLHOFF GMBH, a German Corporation,<br><br>　　　　　Defendant. | Case No. 07 C 7058<br><br>Hon. Judge Leinenweber<br>Hon. Magistrate Judge Cox |

## NOTICE OF MOTION

TO:   Joseph R. Lanser
　　　SEYFARTH SHAW LLP
　　　131 South Dearborn- Suite 2400
　　　Chicago, Illinois 60603-5577

　　PLEASE TAKE NOTICE that on **Wednesday, February 20, 2008 at 9:30 a.m.**, we will appear before the Honorable Judge Harold Leinenweber, or before any Judge seated in Courtroom 1941, at 219 S. Dearborn St., Chicago, IL, and present Woco's Unopposed Motion To Amend Complaint and Answer, a copy of which is served herewith.

Dated:  February 15, 2008

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　By:　_____/s/ Alfred E. Hanna_____
　　　　　　　　　　　　　　　Brian D. Roche
　　　　　　　　　　　　　　　Jennifer Yule DePriest
　　　　　　　　　　　　　　　Alfred E. Hanna
　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　10 South Wacker Drive, 40th Floor
　　　　　　　　　　　　　　　Chicago, IL  60606-7507

　　　　　　　　　　　　Attorneys For Declaratory Judgment Plaintiff
　　　　　　　　　　　　WOCO MOTOR ACOUSTIC SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system [or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing]. Parties may access the filing through the Court's system.

Joseph R. Lanser
SEYFARTH SHAW LLP
131 South Dearborn- Suite 2400
Chicago, Illinois 60603-5577

/s/ Alfred E. Hanna
Brian D. Roche (Bar No. 6183795)
Jennifer Yule DePriest (Bar No. 6272137)
Alfred E. Hanna (6283040)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400 – FAX
ahanna@reedsmith.com