IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC.,  )<br>  )<br>  *Plaintiff and Counter-defendant*,  )<br>  )<br>v.  )<br>  )<br>**BÖLLHOFF GMBH,**  )<br>  )<br>  *Defendant and Counter-plaintiff..*  ) | No.: 07 C 7058<br><br>Hon. Judge Leinenweber<br><br>Hon. Magistrate Judge Cox |

**WOCO MOTOR ACOUSTIC SYSTEMS, INC.'S AMENDED ANSWER AND
AFFIRMATIVE DEFENSES TO COUNTERCLAIMS**

Plaintiff/Counter-defendant, Woco Motor Acoustic Systems, Inc. ("Woco"), amends its Counterclaim answers of Defendant/Counter-plaintiff, Böllhoff GmbH ("Böllhoff"), as follows:

**THE PARTIES**

1. Woco admits the allegations set forth in Paragraph 1, except that Woco is without information and knowledge sufficient to admit or deny whether Böllhoff has its principal place of business at Archimedesstraβe 1-4, 33649.

2. Woco admits the allegations in Paragraph 2.

**JURISDICTION AND VENUE**

3. Woco admits that this Court has original jurisdiction over this action, and denies the remaining allegations in Paragraph 3.

4. Woco admits the allegations in Paragraph 4.

**COUNTERCLAIM I - PATENT INFRINGEMENT**

5. Woco admits that the '604 Patent states on its face that Böllhoff is the assignee of the '604 Patent, and that it was issued on March 21, 2001. Woco is without information and

knowledge sufficient to admit or deny the remaining allegations of Paragraph 5.

6. Woco is without information and knowledge sufficient to admit or deny the allegations of Paragraph 6.

7. Woco denies the allegations of Paragraph 7.

8. Woco admits that it received letters from Böllhoff alleging infringement of the '604 Patent, but Woco denies that it infringes the '604 Patent and therefore denies the allegations of Paragraph 8.

9. Woco denies the allegations of Paragraph 9.

10. Woco denies the allegations of Paragraph 10.

## WOCO'S AFFIRMATIVE DEFENSES

### First Affirmative Defense

U.S. Patent No. 6,206,604 is invalid and unenforceable under one or more provisions pursuant to 35 U.S.C. §§ 102, 103 and/or 112.

### Second Affirmative Defense

Defendant/Counter-plaintiff's reliance on the doctrine of equivalents is barred by the doctrine of prosecution history estoppel.

## PRAYER FOR RELIEF

WHEREFORE, Woco respectfully requests that this Court enter a judgment:

(a) declaring that Böllhoff's counterclaim be dismissed with prejudice;

(b) declaring that a product made with Woco's Cover Support Assist does not infringe any claim of the '604 Patent under 35 U.S.C. § 271;

(c) declaring that Woco's Cover Support Assists made, used, sold, offered for sale, and/or imported into the United States do not infringe any claims of the '604 Patent under 35 U.S.C. § 271;

(d) declaring that Woco is not liable for directly infringing, contributorily infringing, or actively inducing others to infringe any valid claim of the '604 Patent under 35 U.S.C. § 271;

(e) declaring the '604 patent invalid and unenforceable;

(f) ordering Böllhoff to pay Woco's attorneys' fees, costs and expenses in this action; and

(g) awarding Woco any other relief that this Court deems just and proper.

Dated:  February 21, 2008

        Respectfully submitted,

        **WOCO MOTOR ACOUSTIC SYSTEMS, INC.,**
        *Plaintiff/Counter-defendant*

        By:   */s/ Alfred E Hanna*
            Brian D. Roche (Bar No. 6183795)
            Jennifer Yule DePriest (Bar No. 6272137)
            Alfred E. Hanna (6283040)
            REED SMITH LLP
            10 South Wacker Drive, 40th Floor
            Chicago, IL 60606-7507
            (312) 207-1000
            (312) 207-6400 – FAX
            *jdepriest@reedsmith.com*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system [or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing]. Parties may access the filing through the Court's system.

Joseph R. Lanser
SEYFARTH SHAW LLP
131 South Dearborn- Suite 2400
Chicago, Illinois 60603-5577

                                                         */s/ Alfred E. Hanna*
                                        Brian D. Roche (Bar No. 6183795)
                                        Jennifer Yule DePriest (Bar No. 6272137)
                                        Alfred E. Hanna (6283040)
                                        REED SMITH LLP
                                        10 South Wacker Drive, 40th Floor
                                        Chicago, IL 60606-7507
                                        (312) 207-1000
                                        (312) 207-6400 – FAX
                                        *ahanna@reedsmith.com*

CHILIB-2160382.1