## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Woco Motor Acoustic Systems, Inc.
                            Plaintiff,

v.                                              Case No.: 1:07−cv−07058
                                                Honorable Harry D. Leinenweber

Bollhoff GMBH
                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 20, 2008:


MINUTE entry before Judge Harry D. Leinenweber :The Unopposed Motion to amend complaint and affirmative defenses to counterclaim by 3/5/2008 [16] is granted. Status hearing held on 2/20/2008. Status hearing set for 8/21/2008 at 09:00 AM. Fact discovery to close 8/20/2008.Mailed notice(wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.