**(Document Entered In Error)**

Case 1:07-cv-07058   Document 23-2   Filed 05/13/2008   Page 1 of 1