IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 C 7058 |
| BÖLLHOFF GMBH, a German Corporation, | ) ) ) ) | Hon. Judge Leinenweber Hon. Magistrate Judge Cox |
| Defendant. | ) ) ) ) | |

## UNOPPOSED MOTION TO AMEND COMPLAINT AND ANSWER

Plaintiff Woco Motor Acoustic Systems, Inc. ("Woco"), by its attorneys, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby moves the Court for leave to file a Second Amended Complaint for Declaratory Relief and a Second Amended Answer and Affirmative Defenses to Counterclaims. In support of its unopposed motion, Woco states as follows:

1. On December 14, 2007, Woco filed a Complaint for Declaratory Relief, seeking a declaration of non-infringement of Böllhoff GmbH's ("Böllhoff") U.S. Patent No. 6,206,604. On December 21, 2007, Böllhoff asserted a counterclaim against Woco for infringement of U.S. Patent No. 6,206,604.

2. On February 21, 2008, Woco filed an Amended Complaint for Declaratory Relief, seeking a declaration of invalidity of U.S. Patent No. 6,206,604 pursuant to one or more provisions of 35 U.S.C. §§ 102, 103 and/or 112 against Böllhoff. Also on February 21, 2008,

Woco filed an Amended Answer and Affirmative Defense pleading invalidity under one or more provisions pursuant to 35 U.S.C. §§ 102, 103 and/or 112. On February 26, 2008, Böllhoff filed its answer to Woco's amended complaint.

    3.    Woco hereby seeks to add one count to its complaint seeking a declaration of unenforceability of U.S. Patent No. 6,206,604 due to inequitable conduct before the United States Patent and Trademark Office. A copy of Woco's proposed Second Amended Complaint for Declaratory Judgment Relief is attached hereto as Exhibit A.

    4.    Woco likewise seeks to amend its affirmative defenses to the Counterclaim asserted by Böllhoff. In addition to pleading invalidity under one or more provisions pursuant to 35 U.S.C. §§ 102, 103 and/or 112, Woco additionally pleads unenforceability of U.S. Patent No. 6,206,604 due to inequitable conduct before the United States Patent and Trademark Office. A copy of Woco's proposed Second Amended Answer and Affirmative Defenses to Counterclaims is attached hereto as Exhibit B.

    5.    Federal Rule of Civil Procedure 15 provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). No undue prejudice will result from these amendments. Nor will these amended pleadings cause undue delay in these proceedings, as discovery has just commenced.

    5.    Böllhoff does not oppose this Motion.

WHEREFORE, Woco respectfully requests that the Court grant Woco's Unopposed Motion for leave to file its Second Amended Complaint for Declaratory Relief and a Second Amended Answer and Affirmative Defenses to Counterclaims..

Dated: May 13, 2008

          Respectfully submitted,

          By:      */s/ Alfred E. Hanna*
               Brian D. Roche
               Jennifer Yule DePriest
               Alfred E. Hanna
               REED SMITH LLP
               10 South Wacker Drive, 40th Floor
               Chicago, IL 60606-7507

          Attorneys For Declaratory Judgment Plaintiff
          WOCO MOTOR ACOUSTIC SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing. Parties may access the filing through the Court's system.

Joseph R. Lanser
SEYFARTH SHAW LLP
131 South Dearborn- Suite 2400
Chicago, Illinois 60603-5577

/s/ Alfred E. Hanna
Brian D. Roche (Bar No. 6183795)
Jennifer Yule DePriest (Bar No. 6272137)
Alfred E. Hanna (Bar No. 6283040)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400 – FAX
*ahanna@reedsmith.com*