# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., | ) ) ) | |
| *Plaintiff and Counter-defendant,* | ) ) | No.: 07 C 7058 |
| v. | ) ) ) | Hon. Judge Leinenweber |
| BÖLLHOFF GMBH, | ) ) ) | Hon. Magistrate Judge Cox |
| *Defendant and Counter-plaintiff..* | ) | |

**WOCO MOTOR ACOUSTIC SYSTEMS, INC.'S SECOND AMENDED ANSWER AND
AFFIRMATIVE DEFENSES TO COUNTERCLAIMS**

Plaintiff/Counter-defendant, Woco Motor Acoustic Systems, Inc. ("Woco"), amends its Counterclaim answers of Defendant/Counter-plaintiff, Böllhoff GmbH ("Böllhoff"), as follows:

**THE PARTIES**

1. Woco admits the allegations set forth in Paragraph 1, except that Woco is without information and knowledge sufficient to admit or deny whether Böllhoff has its principal place of business at Archimedesstraße 1-4, 33649.

2. Woco admits the allegations in Paragraph 2.

**JURISDICTION AND VENUE**

3. Woco admits that this Court has original jurisdiction over this action, and denies the remaining allegations in Paragraph 3.

4. Woco admits the allegations in Paragraph 4.

**COUNTERCLAIM I - PATENT INFRINGEMENT**

5. Woco admits that the '604 Patent states on its face that Böllhoff is the assignee of the '604 Patent, and that it was issued on March 21, 2001. Woco is without information and

knowledge sufficient to admit or deny the remaining allegations of Paragraph 5.

6. Woco is without information and knowledge sufficient to admit or deny the allegations of Paragraph 6.

7. Woco denies the allegations of Paragraph 7.

8. Woco admits that it received letters from Böllhoff alleging infringement of the '604 Patent, but Woco denies that it infringes the '604 Patent and therefore denies the allegations of Paragraph 8.

9. Woco denies the allegations of Paragraph 9.

10. Woco denies the allegations of Paragraph 10.

### **WOCO'S AFFIRMATIVE DEFENSES**

#### First Affirmative Defense

U.S. Patent No. 6,206,604 is invalid and unenforceable under one or more provisions pursuant to 35 U.S.C. §§ 102, 103 and/or 112.

#### Second Affirmative Defense

Defendant/Counter-plaintiff's reliance on the doctrine of equivalents is barred by the doctrine of prosecution history estoppel.

#### Third Affirmative Defense

U.S. Patent No. 6,206,604 is unenforceable due to inequitable conduct during prosecution of the patent application which matured into the '604 Patent by individuals associated with the filing and prosecution of the patent application (collectively "applicants"). On information and belief, applicants failed to disclose to the United States Patent and Trademark Office U.S. Patent

Nos. 5,580,204; 4,778,320 and 5,507,610 and German Patent Application No. DE 19701365, which are material to the patentability of the claims of the '604 Patent. On information and belief, applicants failed to disclose to the United States Patent and Trademark Office that the subject matter of the '604 Patent is alternatively classified in international patent classification F16B. On information and belief, applicants failed to disclose U.S. Patent Nos. 5,580,204; 4,778,320 and 5,507,610; German Patent Application No. DE 19701365 and the alternative classification of the subject matter of the '604 Patent knowingly and willfully with the intent to deceive the United States Patent and Trademark Office into issuing the '604 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Woco respectfully requests that this Court enter a judgment:

(a) declaring that Böllhoff's counterclaim be dismissed with prejudice;

(b) declaring that a product made with Woco's Cover Support Assist does not infringe any claim of the '604 Patent under 35 U.S.C. § 271;

(c) declaring that Woco's Cover Support Assists made, used, sold, offered for sale, and/or imported into the United States do not infringe any claims of the '604 Patent under 35 U.S.C. § 271;

(d) declaring that Woco is not liable for directly infringing, contributorily infringing, or actively inducing others to infringe any valid claim of the '604 Patent under 35 U.S.C. § 271;

(e) declaring the '604 patent invalid and/or unenforceable;

(f) ordering Böllhoff to pay Woco's attorneys' fees, costs and expenses in this action; and

(g) awarding Woco any other relief that this Court deems just and proper.

Dated: May 13, 2008

        Respectfully submitted,

        **WOCO MOTOR ACOUSTIC SYSTEMS, INC.,**
        *Plaintiff/Counter-defendant*

By:   */s/ Alfred E Hanna*
        Brian D. Roche
        Jennifer Yule DePriest
        Alfred E. Hanna
        REED SMITH LLP
        10 South Wacker Drive, 40th Floor
        Chicago, IL 60606-7507

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing. Parties may access the filing through the Court's system.

    Joseph R. Lanser
    SEYFARTH SHAW LLP
    131 South Dearborn- Suite 2400
    Chicago, Illinois 60603-5577

                                                      */s/ Alfred E. Hanna*
                              Brian D. Roche (Bar No. 6183795)
                              Jennifer Yule DePriest (Bar No. 6272137)
                              Alfred E. Hanna (Bar No. 6283040)
                              REED SMITH LLP
                              10 South Wacker Drive, 40th Floor
                              Chicago, IL 60606-7507
                              (312) 207-1000
                              (312) 207-6400 – FAX
                              *ahanna@reedsmith.com*

CHILIB-2174307.2