IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 C 7058 |
| BÖLLHOFF GMBH, a German Corporation, | ) ) ) | Hon. Judge Leinenweber |
| | ) | Hon. Magistrate Judge Cox |
| Defendant. | ) ) ) ) | |

## NOTICE OF MOTION

TO:  Joseph R. Lanser
 SEYFARTH SHAW LLP
 131 South Dearborn- Suite 2400
 Chicago, Illinois 60603-5577

 PLEASE TAKE NOTICE that on Thursday, May 15, 2008 at 9:30 a.m., the undersigned shall appear before the Honorable Harry Leinenweber, United States Judge, or any Judge sitting in his stead, in the Courtroom usually occupied by him at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there and then present the attached **Unopposed Motion To Amend Complaint And Answer**, a copy of which is attached hereto.

Dated: May 13, 2008

 Respectfully submitted,

 By:   */s/ Alfred E. Hanna*
  Brian D. Roche
  Jennifer Yule DePriest
  Alfred E. Hanna
  REED SMITH LLP
  10 South Wacker Drive, 40th Floor
  Chicago, IL  60606-7507

 Attorneys For Declaratory Judgment Plaintiff
 WOCO MOTOR ACOUSTIC SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system [or by U.S. Mail, postage pre-paid, to anyone unable to accept electronic filing]. Parties may access the filing through the Court's system.

Joseph R. Lanser
SEYFARTH SHAW LLP
131 South Dearborn- Suite 2400
Chicago, Illinois 60603-5577

       */s/ Alfred E. Hanna*
Brian D. Roche (Bar No. 6183795)
Jennifer Yule DePriest (Bar No. 6272137)
Alfred E. Hanna (6283040)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400 – FAX
*ahanna@reedsmith.com*