IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 07 C 7058 |
| v. | ) ) | Judge Honorable Harry D. Leinenweber |
| BÖLLHOFF GMBH, a German corporation, | ) ) ) | Magistrate Judge Cox |
| Defendant/Counter-Plaintiff. | ) ) | |

## AGREED MOTION TO EXTEND FACT DISCOVERY

Defendant, Böllhoff GmbH ("Böllhoff"), with the agreement of Plaintiff Woco Motor Acoustics Systems, Inc., respectfully requests that the Court extend the time for fact discovery to December 19, 2008.

1. In its February 20, 2008 Order, this Court held that fact discovery be completed by August 20, 2008.

2. The present lawsuit involves numerous issues relating to patents, including, but not limited to, validity, infringement, enforceability and damages. These issues necessitate the discovery and review of a significant number documents as well as depositions of numerous individuals with knowledge of the facts related to the present lawsuit.

3. The parties have been actively engaged in discovery, but in light of all of the issues, require additional time to complete fact discovery.

4. Therefore, the parties seek an additional four months to fully review documents and take depositions. This is the first request to extend fact discovery.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court extend the time for written discovery to December 19, 2008.

CH1 11537502.1

- 2 -

| | |
|---|---|
| ____/s/ Jennifer Yule DePriest (with consent)<br>Brian D. Roche<br>Jennifer Yule DePriest<br>Alfred E. Hanna<br>REED SMITH LLP<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL 60606-7507<br><br>Dated:  August 8, 2008 | ____/s/ Joseph H. Herron_____<br>Alan L. Unikel<br>Joseph R. Lanser<br>Joseph H. Herron<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br><br>Dated:  August 8, 2008 |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *AGREED MOTION TO EXTEND FACT DISCOVERY* was filed electronically this 8th day of August, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Joseph H. Herron
Joseph H. Herron

CH1 11537502.1