IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WOCO MOTOR ACOUSTIC SYSTEMS, INC., a Michigan corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) Case No. 07 C 7058 |
| v. | ) ) Judge Honorable Harry D. Leinenweber ) |
| BÖLLHOFF GMBH, a German corporation, | ) Magistrate Judge Cox ) |
| Defendant/Counter-Plaintiff. | ) ) ) |

## NOTICE OF MOTION

TO:   Judge Honorable Harry D. Leinenweber

| | |
|---|---|
| Brian D. Roche | Alan L. Unikel |
| Jennifer Yule DePriest | Joseph R. Lanser |
| Alfred E. Hanna | Joseph H. Herron |
| REED SMITH LLP | SEYFARTH SHAW LLP |
| 10 South Wacker Drive | 131 South Dearborn Street |
| 40th Floor | Suite 2400 |
| Chicago, IL 60606-7507 | Chicago, IL 60603 |

   PLEASE TAKE NOTICE that on Tuesday, August 12, 2008 at 9:30 a.m., or as soon as counsel may be heard, we shall appear before Judge Honorable Harry D. Leinenweber, or such other judge as may be sitting in his stead, in Courtroom 1941 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the *AGREED MOTION TO EXTEND FACT DISCOVERY*, copies of which are attached hereto and served upon you.

                              BÖLLHOFF GMBH


                              By: s/ Joseph H. Herron

                              Alan L. Unikel
                              Joseph H. Herron
                              Seyfarth Shaw LLP
                              131 South Dearborn Street, Suite 2400
                              Chicago, IL 60603-5577
                              (312) 460-5000
                              Fax: (312) 460-7000


CH1 115537622.1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *NOTICE OF MOTION* was filed electronically this 8th day of August, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph H. Herron
Joseph H. Herron
