UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Woco Motor Acoustic Systems, Inc.
                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−07058
                                                              Honorable Harry D. Leinenweber

Bollhoff GMBH
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

       MINUTE entry before the Honorable Harry D. Leinenweber:The Agreed Motion for extension of time to 12/19/2008 in which to complete discovery [33] is granted. Status hearing reset for 12/17/2008 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.